


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: 19MJ3537 |
|---|---|
| v. | COMPLAINT FOR VIOLATION OF: |
| Joseph PRICE, Defendant. | Title 18, U.S.C. § 1591 – Sex Trafficking of Children |

The undersigned Complainant, being duly sworn, states:

On or about and between July 21, 2019 and August 14, 2019, within the Southern District of California, Defendant, Joseph PRICE, in and affecting interstate or foreign commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, knowing and in reckless disregard of the fact that that person had not attained the age of 18 years and would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591.

//
//
//
//
//
//
//

And this complaint is based on the attached Statement of Facts, incorporated herein by reference.

_____
Jessica R. Schick
Special Agent
Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 20 day of August, 2019.

_____
HONORABLE Bernard G. Skomal
United States Magistrate Judge

2

## STATEMENT OF FACTS

On August 13, 2019, the mother of a minor female, aged 15 ("MF"), reported to the San Diego Police Department (SDPD) that she had observed her daughter in a vehicle driven by an unknown male near Euclid Avenue in San Diego, California. According to the MF's mother, she tried to extract her daughter from the vehicle, but the driver of the vehicle fled, driving over curbs to escape. She reported that the driver of the car had a firearm in his lap. Although she did not know the name of the man MF was with, she recognized him as an adult male who had previously picked up MF at her home. She further stated that she had seen Snapchat[1] photographs and videos of her daughter with this same man. SDPD responded to the incident and took a runaway juvenile report. Later that evening, MF's mother reported to the San Diego Sheriff's Office (SDSO) that she was able to use Snapchat to geo-locate her daughter. She provided the address where she believed her daughter was located, at a home in El Cajon, California. Deputies from SDSO's Alpine Patrol Station searched law enforcement databases and found that it was associated with Joseph PRICE, who was on parole for first degree burglary. MF's mother provided deputies with the Snapchat photographs of MF. Due to the provocative nature of those photographs, Deputies believed that MF might be a victim of sex trafficking. SDSO deputies compared photographs of PRICE from his California parole records to the photographs provided by MF's mother and determined that they were the same individual. SDSO and the San Diego Human Trafficking Task Force (SDHTTF), jointly initiated an investigation in order to recover MF.

On August 14, 2019, at approximately 0630 hours, SDHTTF TFO A. Wells responded to MF's mother's home in San Diego County following her report that MF might have returned to the area. MF was located at a friend's house nearby and was detained for questioning. PRICE was not with her at the time, but according to MF, PRICE had dropped her at the house where she was found earlier that morning before going to work. MF

---

[1] Snapchat is a social media application whereby users can share photos and videos.

3

assisted TFO Wells in using the geo-location feature of her (MF's) Snapchat account to track PRICE's location. His location was identified and SDPD responded. PRICE was arrested pursuant to California Penal Code 3056 pending further investigation into potential violations of his parole. TFO A. Lewis assisted in PRICE's arrest and removed an Apple iPhone from his person. TFO Wells used the Emergency Call feature on the iPhone and obtained the phone's cellular number of 619-971-6689.

TFO B. McGilvray, using law enforcement databases, located an advertisement posted on July 12, 2019, in San Diego, California on the website "megapersonals.com" offering commercial sex with MF. These advertisements depicted photographs of MF similar to those contained in her Snapchat photographs and provided the telephone number 619-XXX-7750 as a contact phone number.

On August 14, 2019, MF was interviewed by TFO Wells and TFO M. Stevens. MF confirmed that the telephone number 619-XXX-7750 belonged to her until approximately August 7, 2019. MF identified PRICE as her boyfriend and stated they have been dating for one month. She claimed that they had been talking, text messaging, and "FaceTiming[2]" for the past few months. MF stated that although she initially claimed to PRICE that she was seventeen years old, MF's mother told PRICE that MF was fifteen. According to MF, PRICE then had a conversation with MF about her being fifteen, and lying about her age, and ultimately told her it was ok.

TFO Wells asked MF about the megapersonals.com advertisement. MF stated that PRICE had asked her to "do this thing for me," and told her to post the advertisement to get money for him. According to MF, PRICE requested MF send him some photos of herself. MF sent PRICE photos of herself, and when "johns" (purchasers of commercial sex) would text MF in response to her advertisement, PRICE would conduct all text message negotiations, including pricing, using a texting application "TextNow." According to MF, PRICE told her, "you are going to go out there and do this," which she

---

[2] Video telephone calls between iPhone users.

4

understood to mean prostitute herself. According to MF, PRICE would pick MF up from her mother's house in San Diego County and would then drive her to meet with johns elsewhere in San Diego County, often at their homes or in their cars. While she engaged in commercial sex with the "johns," PRICE would park down the street and wait.

MF stated that on one particular occasion, when MF did not want to engage in the specific sex acts requested by the "john," PRICE hit her (MF) across the face. MF estimated she had eleven "dates," or eleven instances in which she provided sex to buyers. MF verified that on ten out of eleven of these "dates" she engaged in some type of sex act; four times engaging in sexual intercourse with the buyer and the remaining six times performing oral sex on the buyer. The sex buyers always handed her the money, and she would then give the money to PRICE. In total, MF estimated she earned $7,000 from prostitution. She stated that PRICE took all the money.

MF provided to TFO Wells the names associated with her social media accounts as well as those belonging to PRICE. In particular, she stated PRICE's Snapchat screen name is "King Flow." MF stated that she communicates with PRICE through Instagram and Snapchat using direct messaging. MF also consented to the download of her cellular telephone. The phone number associated with that phone, 619-XXX-7750, matched the telephone number associated with the advertisement on Megapersonals.com posted July 12, 2019.

Later that day, TFO Wells performed a logical download of MF's telephone. In reviewing the downloaded information, the Textnow texting application MF referred to in her statement was observed. The number associated with the Textnow application was 619-XXX-3900. Using this phone number, TFOs searched law enforcement databases and discovered multiple prostitution advertisements, posted to Megapersonals.com from July 21, 2019 to August 6, 2019, that contained photographs of MF, including some that used the same photos of MF used in the other advertisement linked to her phone number 619-XXX-7750. Also located on MF's phone, within her "chats," was a Textnow conversation with telephone number 619-971-6689 that began on July 27, 2019. The conversation began

1 | with the message "king flow new number." Also within the "chats" of MF's phone, MF
2 | directs a "john" to send her $40 to the account "$kingflowthee," and tells him is an account
3 | belonging to her uncle. However, based on the name match with PRICE's Snapchat
4 | Account, and the name match with the text message from a number known to belong to
5 | PRICE, in addition to the statements provided by MF, investigators believe that the "john"
6 | was being directed to send the money to PRICE.